# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:16-mj-00097-SAB |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) | **UNSUPERVISED PROBATION** |
| | ) | |
| KENNETH R. ABRAHAMSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Operating a Motor Vehicle without a Valid Drivers License, a violation of 36 CFR § 4.2 and CVC 12500a; Carrying or Possessing a Weapon, a violation of 36 CFR § 2.4(f) |
| **Sentence Date:** | August 18, 2016 |
| **Review Hearing Date:** | August 3, 2017 |
| **Probation Expires On:** | August 18, 2017 |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $550.00 (Fine)

☒ **Other Conditions:** Defendant may not travel with weapons unless engaged in act of hunting

☒ **Other Conditions:** Report law enforcement contact

### *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.
- On March 27, 2017, Mr. Abrahamson pled guilty to one count of driving on a revoked license in South Dakota state court. Mr. Abrahamson was ordered to pay $584.00 in fines and costs, which he has paid in full. Additionally, Mr. Abrahamson now possesses a valid driver's license.

☒ To date, Defendant has paid a total of $ 550.00
   ☐ If not paid in full when was last time payment:    Date:
                                                        Amount:

☒ Compliance with Other Conditions of Probation:

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

**GOVERNMENT POSITION:**

☒    The Government agrees to the above-described compliance.

☐    The Government disagrees with the following area(s) of compliance:

Government Attorney:

DATED: 7/19/2017                                /s/ Darin Rock
                                                          Darin Rock
                                                          Special Assistant United States Attorney

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report, the defendant moves for the following:

☒    that the review hearing set for 8/3/2017 at 10:00 a.m.

      ☒    Mr. Abrahamson be allowed to appear telephonically[1] or, in the alternative,

      ☒    Mr. Abrahamson be allowed to appear by via conference from the federal courthouse in Sioux Falls, South Dakota

DATED: 7/11/2017                                /s/ Andrew Wong
                                                          DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒    GRANTED in part.  The Court orders that the Review Hearing set for August 3, 2017 at 10:00 a.m. be continued to August 17, 2017 at 10:00 a.m.  The defendant shall appear by video conference and may do so from the nearest federal courthouse to his current residence or any other location as long as through video.  If video is unavailable, defendant shall personally appear in this Court.  The matter is referred to the probation office for the preparation of a violation petition and defendant shall be arraigned on that petition on August 17, 2017 at 10:00 a.m.

☐    DENIED.

IT IS SO ORDERED.

Dated:   **July 25, 2017**                                                 
                                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] Mr. Abrahamson is staying with a friend in Lower Brule, South Dakota.