# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition For Violation of Probation

**Name of Offender:**   KENNETH R. ABRAHAMSON          **Docket Number:**   1:16MJ00097 SAB

**Name of Judicial Officer**:   United States Magistrate Judge Stanley A. Boone

**Date of Original Sentence:**   8/18/2016

**Original Offense:** 36 C.F.R. § 4.2 and CVC 12500a, Operating a Motor Vehicle Without a Valid Drivers License; and 36 C.F.R. § 2.4(f), Carrying or Possessing a Weapon.

**Original Sentence:**  12 months probation.

**Special Conditions:**     1) The defendant's probation shall be unsupervised; 2) The defendant shall obey all federal, state and local laws; 3) The defendant shall pay a fine of $540 and a special assessment of $10 for a total financial obligation of $550, which shall be paid at a rate of $55 per month; 4) The defendant is ordered to personally appear for a Review Hearing set for August 3, 2017, 10:00 am before Magistrate Judge Stanley A. Boone; and 5) The defendant shall not travel with weapons (firearms) on body or automobile unless the defendant is traveling to or engaged in an active hunting exercise.

**Type of Supervision:**    Unsupervised by Probation Office

**Date Supervision Commenced:**    8/18/2016

**Other Court Actions:** None

| **Charge Number** | **Nature of Violation** |
| --- | --- |

   **1.**        On March 27, 2017, the defendant pled guilty to Driving on a Revoked License in South Dakota state court.

**I declare under penalty of perjury that the following is true and correct.**


**EXECUTED ON:**   **July 31, 2016**
                   **Fresno, California**


                              Respectfully submitted,
                              **/s/ Tim D. Mechem**
                              _____

                              **TIM  MECHEM**
                              **Supervising United States Probation Officer**
                              Telephone: 559-499-5731

**DATED:**   7/31/2016
           _____          Reviewed by,
                              **/s/ Brian Bedrosian**
                              _____

                              **Brian Bedrosian**
                              **Supervising United States Probation Officer**


**THE COURT ORDERS:**

☐   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken

☐   Submit a Request for Modifying the Condition or Term of Supervision

     X Issue warrant, but hold execution until 8/17/2017.

☐   Other


IT IS SO ORDERED.

Dated:   **August 1, 2017**
       _____          _____
                                        UNITED STATES MAGISTRATE JUDGE


CC:

PROB 12C
                                                    (07/13)

United States Probation
Assistant United States Attorney
Defense Counsel